M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Davion Cooper
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
 )
Commander Reed, et al., )
_____ )
_____ )
_____ )
_____ )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

2007 JUN 19 A 9:38

DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CIVIL ACTION NO. 1:07-CV-543-WKW
(To be supplied by Clerk of U.S. District Court)

I.   PREVIOUS LAWSUITS
    A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ☐   No ☑

    B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?      YES ☐      NO ☑

    C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

            _____

        2.   Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
   _____ Houston County Jail _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
   _____ Houston County Jail _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS

1. Commander Reed                    Houston County Jail

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
    07-27-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: They are being violated due to the Unsanitary living Conditions and the Cruel Unusual Punishment.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The unhumain living Conditions that I'm force to live in, here in the Houston County Jail, Since July 27, 2006. I have use the chain of command and grievance forms several of times, but there has not been any change in my living Conditions. It only has gotten worse.

GROUND TWO: The lack of Care and Concern for my health and well being. While here in the Houston County Jail

SUPPORTING FACTS: Theres a heavy dust build up in and around are living unit, and theres also rust mold and meldew, and there is a heavy dust build up on are air vents which is very much a health hazard.

GROUND THREE: How Commander Reed is very unprofessional in his job capacity, and ~~been~~ very negligence in more ways then one.

SUPPORTING FACTS: The jail's lack of care and concern for my health and well being.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Money damages, and for some one to step in before I lose my life with the jail's negligence.

*[signature]*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06-18-07
         (Date)

*[signature]*
Signature of plaintiff(s)

Legal Mail

Davison Cooper #59161 E-Pod
901 E. Main St.,
Dothan AL. 36301

Houston County
Inmate Mail

Office of The Clerk
U.S. District Court
P.O. Box 711
Montgomery AL. 36101-0711