# UNITED STATES DISTRICT COURT

~~L.C.~~ __Middle__ District of __Alabama__

RECEIVED
2007 JUN 19 A 9:37
~~DEBRA~~ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Davion Cooper
Plaintiff

V.

Commander, Reed
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07-CV-543-WKW

I, __Davion Cooper__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Houston County Jail__

    Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    __PJW Vending Mach, 401 Daniel Cir, $5.00 hour    2005 or 04__

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☐ Yes   ☑ No
    b. Rent payments, interest or dividends              ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
    d. Disability or workers compensation payments       ☐ Yes   ☑ No
    e. Gifts or inheritances                             ☐ Yes   ☑ No
    f. Any other sources                                 ☑ Yes   ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    __My family leaves me atleast $20.00 every two weeks, or something when they can.__

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

05-19-07                          _Dwinn Cooper_
_____                       _____
   Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                            HOUSTON COUNTY JAIL
                     ==================================
                            Resident Account Summary
                          Friday, June 08, 2007 @14:04
                     ==================================

For CIN: 59161    COOPER, DAVIAN
------------------------------------------------------------------------------
   Date     Transaction Description        Amount    Balance    Owed    Held    Reference
------------------------------------------------------------------------------
06/05/2007  EPR      OID:100045892-ComisaryPur  -17.85    1.47    5.00    0.00
06/04/2007  <MEDCO>  Payment for MEDCO on 2007  -10.00   19.32    5.00    0.00
06/04/2007  DEPMO    R100324841090               20.00   29.32   15.00    0.00
05/31/2007  EPR      OID:100045627-ComisaryPur  -30.69    9.32   15.00    0.00
05/22/2007  DEPMO    VOID-TRANSFER FROM 59162   -15.00   40.01   15.00    0.00
05/22/2007  <MEDCO>  VOID-Payment for MEDCO on    7.50   55.01   15.00    0.00
05/22/2007  DEPMO    VOID-TRANSFER               -7.50   47.51    7.50    0.00
05/22/2007  DEPMO    TRANSFER                     7.50   55.01    7.50    0.00
05/22/2007  <MEDCO>  Payment for MEDCO on 2007   -7.50   47.51    7.50    0.00
05/22/2007  DEPMO    TRANSFER FROM 59162         15.00   55.01   15.00    0.00
05/22/2007  <MEDCO>  VOID-TRANSFER FROM59162     15.00   40.01   15.00    0.00
05/22/2007  <MEDCO>  TRANSFER FROM59162         -15.00   25.01    0.00    0.00
05/22/2007  MEDCO    TRANSFER FROM59162          15.00   40.01   15.00    0.00
05/22/2007  DEPCASH  VOID-KEFLEX,LPN043007      -15.00   40.01    0.00    0.00
05/22/2007  DEPCASH  KEFLEX,LPN043007            15.00   55.01    0.00    0.00
05/22/2007  <MEDCO>  VOID-KEFLEX,LPN043007        0.01   40.01    0.00    0.00
05/22/2007  MEDCO    VOID-KEFLEX,LPN043007      -15.00   40.00   -0.01    0.00
05/22/2007  <MEDCO>  VOID-Payment for MEDCO on   14.99   40.00   14.99    0.00
05/22/2007  DEPCASH  TRANSFER FROM 59162         25.00   25.01    0.00    0.00
05/08/2007  EPR      OID:100045337-ComisaryPur  -15.00    0.01    0.00    0.00
05/07/2007  <MEDCO>  Payment for MEDCO on 2007  -14.99   15.01    0.00    0.00
05/07/2007  DEPMO    10032484757                 30.00   30.00   14.99    0.00
05/02/2007  <MEDCO>  KEFLEX,LPN043007            -0.01    0.00   14.99    0.00
05/02/2007  MEDCO    KEFLEX,LPN043007            15.00    0.01   15.00    0.00
04/24/2007  EPR      OID:100044755-ComisaryPur  -10.09    0.01    0.00    0.00
04/23/2007  DEPMO    54900752071                 10.00   10.10    0.00    0.00
04/11/2007  EPR      OID:100044652-ComisaryPur  -22.60    0.10    0.00    0.00
04/09/2007  DEPMO    5678164437                  20.00   22.70    0.00    0.00
04/03/2007  EPR      OID:100044466-ComisaryPur   -7.30    2.70    0.00    0.00
03/27/2007  EPR      OID:100044261-ComisaryPur  -15.01   10.00    0.00    0.00
03/26/2007  DEPMO    08-690943693                25.00   25.01    0.00    0.00
03/14/2007  EPR      OID:100043776-ComisaryPur   -3.00    0.01    0.00    0.00
03/06/2007  EPR      OID:100043552-ComisaryPur  -12.10    3.01    0.00    0.00
03/05/2007  DEPMO    56781634712                 15.00   15.11    0.00    0.00
02/28/2007  EPR      OID:100043310-ComisaryPur  -14.91    0.11    0.00    0.00
02/27/2007  DEPMO    4982739551                  15.00   15.02    0.00    0.00
02/08/2007  <PHONE>  1661700292                 -10.00    0.02    0.00    0.00
02/08/2007  PHONE    1661700292                  10.00   10.02   10.00    0.00
02/06/2007  EPR      OID:100042775-ComisaryPur  -19.98   10.02    0.00    0.00
02/04/2007  DEPMO    08605408371                 30.00   30.00    0.00    0.00
01/24/2007  EPR      OID:100042277-ComisaryPur  -10.00    0.00    0.00    0.00
01/17/2007  EPR      OID:100042138-ComisaryPur  -15.63   10.00    0.00    0.00
01/09/2007  EPR      OID:100041921-ComisaryPur  -15.70   25.63    0.00    0.00
01/08/2007  <PHONE>  1655109803                 -10.00   41.33    0.00    0.00
01/08/2007  PHONE    1655109803                  10.00   51.33   10.00    0.00
01/07/2007  DEPMO    08605407977                 25.00   51.33    0.00    0.00
01/03/2007  EPR      OID:100041730-ComisaryPur  -49.30   26.33    0.00    0.00
12/30/2006  DEPMO    373306357                   75.00   75.63    0.00    0.00
11/29/2006  EPR      OID:100040992-ComisaryPur   -8.08    0.63    0.00    0.00
11/20/2006  EPR      OID:100040775-ComisaryPur  -14.94    8.71    0.00    0.00
11/20/2006  <MEDCO>  Payment for MEDCO on 2006   -1.63   23.65    0.00    0.00
11/20/2006  DEPMO    08605407338                 25.00   25.28    1.63    0.00
10/25/2006  EPR      OID:100039988-ComisaryPur  -12.22    0.28    1.63    0.00
10/24/2006  <MEDCO>  Payment for MEDCO on 2006  -10.87   12.50    1.63    0.00
10/24/2006  <MEDCO>  Payment for MEDCO on 2006   -1.63   23.37   12.50    0.00
10/24/2006  DEPMO    08-545715214                25.00   25.00   14.13    0.00
09/20/2006  MEDCO    LPN,TYL,MUSCLERUB091206     12.50    0.00   14.13    0.00
09/08/2006  <MEDCO>  WT CHECK082806              -0.37    0.00    1.63    0.00
09/08/2006  MEDCO    WT CHECK082806               2.00    0.37    2.00    0.00
09/06/2006  EPR      OID:100039141-ComisaryPur  -15.00    0.37    0.00    0.00
09/04/2006  DEPMO    4881013524                  15.00   15.37    0.00    0.00
08/22/2006  EPR      OID:100038575-ComisaryPur  -24.86    0.37    0.00    0.00
08/21/2006  DEPMO    55919511                    25.00   25.23    0.00    0.00
------------------------------------------------------------------------------
                                    Page 1
```

```
                              HOUSTON COUNTY JAIL
                     ==========================================
                            Resident Account Summary
                         Friday, June 08, 2007  @14:04
             ================================================================
For CIN: 59161     COOPER, DAVIAN
-----------------------------------------------------------------------------
   Date    Transaction Description              Amount   Balance    Owed    Held    Reference
-----------------------------------------------------------------------------
08/15/2006 EPR         OID:100038438-ComisaryPur  -4.12     0.23    0.00    0.00
08/08/2006 EPR         OID:100038269-ComisaryPur -20.65     4.35    0.00    0.00
08/08/2006 DEPMO       WACHOVIA 881808231         25.00    25.00    0.00    0.00
07/29/2006 DEPCASH     INITIAL DEPOSIT             0.00     0.00    0.00    0.00
```

-----------------------------------------------------------------------------
Page 2

Legal Mail

Danton Cooper #59161 E-Pod
901 E. Main St,
Dothan AL. 36301

Houston County
Inmate Mail

Office of The Clerk
U.S. District Court
P.O. Box 711
Montgomery AL. 36101-711