IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVION COOPER, #59161,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-543-WKW |
| | ) |
| **COMMANDER KEITH REED,** | ) |
| | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendant, Commander Keith Reed.

Dated this 28th day of June, 2007.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendant

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## **CERTIFICATE OF SERVICE**

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon Davion Cooper, #59161, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 28th day of June, 2007.

**s/Gary C. Sherrer**
OF COUNSEL