# UNITED STATES DISTRICT COURT

RECEIVED 2007 JUL 25 A 9:1[?]
RECEIVED 2007 JUL 18 A 10:25

1:07-CV-543-WKW

## Motion For Counsel

Comes now the Plaintiff in the above style cause and ask with this motion for Counsel.

Respectfully Submitted the date of

Date. 6-29-07
Signed. Davion Cooper
Signature: [signature]

RECEIVED
2007 JUL 25 A 9:16

1:07-CV-543-WKW

## Certificate of Service

I, Davion Cooper, do hereby Certify that I have mailed a true and correct copy of these pleadings to the following parties by first class mail, postage prepaid, on this 22 day of July, 2007, to:

Gary Clayborn Sherre
Sherre Jones, Terry P.C.
335 West Main St.
Dothan Al. 36301

Davion Cooper
901, E. Main St.
Dothan Al. 36301

Danion Cooper 59161
901 E. Main St.
Dothan Al. 36301

Office of the Clerk
US, District Court
P.O. Box 711
Montgomery, Al. 36101-0711



Legal Mail