

1:07-CV-543-WKW

## Ammend TO Complaint

I would like to Ammend this evidence to my Complaint.

1. Dust and dirt off of the ventilation system, and rust. in the day room where I'm residing is very harmful to me.

2. Numerous of bugs found in my food, and they all Carry Diseases and germs, which makes me scared to eat but I have no choice.

3. Numerous of deadly spiders and other insects found and killed in my room.

Respectfully Submitted the date of

Date. 7-15-07
Signed. Davion Cooper
Signature. Davion Cooper

RECEIVED
2007 JUL 25  A 9: 16

1:07-CV-543-WKW

## Certificate of Service

I, Davion Cooper, do hereby certify that I have mailed a true and correct copy of these pleadings to the following parties by first class mail, postage prepaid, on this 22, day of July, 2007, to:

Gary Clayborn Sherre
Sherre Jones, Terry P.C.
335 West Main St.
Dothan Al. 36301

Davion Cooper
901. E. Main St.
Dothan Al. 36301

UNITED STATES DISTRICT COURT

RECEIVED
2007 JUL 25 A 9:17

1:07-CV-543-WKW

## Ammend To Complaint

I would like to ammend this evidence to my Complaint.

1. Dust and dirt off of the ventilation system, and rust, in the day room where I'm residing.

2. Numerous of bugs found in my food.

3. Numerous of deadly spiders found and killed in my room.

Respectfully Submitted the date of

Date 7-8-07

Signed Davion Cooper

Signature *[signature]*