### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DAVION COOPER, #59161, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-543-WKW |
| | ) |
| COMMANDER KEITH REED, | ) |
| | ) |
| **Defendant.** | ) |

### MOTION FOR EXTENSION OF TIME

COMES NOW, Defendant in the above-styled cause, and respectfully request a seven (7) day extension through and until August 8, 2007, in which to file his Special Report and Answer with this court, and as grounds therefore states as follows:

1.　That Defendant's Special Report and Answer is currently due in this case on July 30, 2007.

2.　That due to vacation schedules and the undersigned being out of the state, the undersigned has been unable to meet with the defendant to finalize and execute his affidavit for use with the Special Report and Answer.

WHEREFORE, Defendant respectfully requests a seven (7) day extension through and until August 8, 2007, in which to file his Special Report and Answer in this case.

Dated this 25th day of July, 2007.

Respectfully submitted,


s/Gary C. Sherrer
GARY C. SHERRER
Bar Number: SHE016
Attorney for Defendant


OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com


## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification to all listed parties, and I further

certify that a copy of the foregoing has been served upon, Davion Cooper, #59161, c/o Houston

County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the

U.S. Mail, postage prepaid and properly addressed on this 25th day of July, 2007.


s/Gary C. Sherrer
OF COUNSEL


G:\GCS\A-PLEADINGS\MOTIONS\EXTENSIO.N\Cooper.wpd