IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

DAVION COOPER                       *

    Plaintiff,                        *

        v.                             *        1:07-CV-543-WKW

COMMANDER REED                      *

    Defendant.                       *

_____

**ORDER ON MOTION**

Upon consideration of the Motion to Amend filed by Plaintiff on July 25, 2007, it is ORDERED that:

1. The Motion to Amend (Doc. No. 8) be and is hereby GRANTED;

2. Defendant undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints, whether pending in this court or elsewhere, should be considered together.

3. On or before August 15, 2007 Defendant shall file an answer and written report to the complaint, as amended. **The written report must contain the sworn statements of all persons having personal knowledge of the subject matter of the complaint.** All

<u>defenses including immunity defenses must be set forth in the written report or such defenses may be waived</u>.  Authorization is hereby granted to interview all witnesses, including Plaintiff.  <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report.  Where Plaintiff's claim or Defendant's defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines</u>;

    4. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, shall be filed by any party without permission of the court.  If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court; and

    5.  The Clerk is DIRECTED to furnish a copy of the amendment to the complaint to counsel of record.

    Done, this 26th day of July 2007.

                                                   /s/ Wallace Capel, Jr.
                                                  WALLACE CAPEL, JR.
                                                  UNITED STATES MAGISTRATE JUDGE