UNITED STATES DISTRICT COURT

RECEIVED
2007 JUL 25 A [illegible]

1:07-CV-543-WKW

## Ammend To Complaint

I would like to ammend this evidence to my Complaint.

1. Dust and dirt off of the ventilation system, and rust, in the day room where I'm residing.

2. Numerous of bugs found in my food.

3. Numerous of deadly spiders found and killed in my room.

Respectfully Submitted the date of

Date 7-8-07

Signed Davion Cooper

Signature: Davion Cooper