IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| DAVION COOPER | * | |
| Plaintiff, | * | |
| v. | * | 1:07-CV-543-WKW |
| COMMANDER REED | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendant's request for an extension to and including August 8, 2007 to file his answer and written report, and in light of the court's July 26, 2007 order directing Defendant to file an answer and written report to the complaint, as amended, on or before August 15, 2007, it is

ORDERED that the motion for extension of time (Doc. No. 9) be and is hereby DENIED as moot.

Done, this 26th day of July 2007.

                                              /s/ Wallace Capel, Jr.
                                              WALLACE CAPEL, JR.
                                              UNITED STATES MAGISTRATE JUDGE