# IN THE DISTRICT COURT OF THE U.S.

Davion Cooper
Plaintiff,

V.

Commander Keith Reed
Defendant,

RECEIVED
2007 SEP 11 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action NO.: 1:07-CV-543-WKW

## Sworn Statement

I'am Davion Cooper and I'am an Inmate at the Houston County Jail, Alabama and have been residing at the Houston County since July, 27, 2006 and I have personal knowledge of the facts and information contained herein. I make this Sworn, statement after reviewing the defendant's special report and answers filed in this case. As the defendant claim I only file four (4) grievances, some of which directly relate to the factual situation made the basis of my complaint. (lie) As I have in my exhibit one (1) several request and grievances, has not been filed. Which I the ~~defendant~~ Plaintiff, have substantail evidence of, but the defendant states that in the event that an inmate has a grievance, this inmate will send a grievance form to the senior Corrections officer, who will investigate and answer the grievance, and will settle this issue. If this is not possible, the Jail Commander may hold a formal hearing. I the Plaintiff has never had a formal hearing with the Commander but have requested and grievances multipal times to see and discuss the unsanitary conditions of the jail which is all a health

Page 1 of 3

hazard to me. The grievances Procedure states that the senior Corrections officer will hear all sides of the situation with a written statement of witnesses, as appropriate and render a decision. The inmate will be informed of the decision in writing. Actions taken will be documented. The defendants Special report and answers states The Houston County Health Department inspects the housing facility and food service area of the Houston County Jail on a quarterly basis, The inspection reports(s) during the time complained of, by the Plaintiff do not list mold or mildew or the presence of bugs in E-Pod and none was reported by Corrections officers who Conduct the Cleaning inspections The defendant (lies) about the plaintiff not reporting mold or mildew or the presence of bugs in E-Pod because I the Plaintiff have substantail evidence of the reports made to the Commander useing the chain of Commandment through grievances but they were not returned or answerd, and I still have Copyies of the ones not answerd. The defendant Claims the Houston County Jail Contracts out its pest Control Service to the Commercial Contractor who sprays all Houston County Building. The jail is sprayed as often as necessary in order to Control household pests in all ten Houston County jail buildings(lie) as I the plaintiff residing here at the Houston County Jail for thirteen(13) months, never seen the Commercial Contractor spray anywhere in the Jails buildings. The defendant states that the shower walls were previously decontaminated with ~~germicidal~~ germicidal Spray on a Weekly basis. This germicide was causing the paint to peel from the shower walls ~~were~~ Contractors began installation of stainless shower walls on January 19, 2007. (True) so far. Now the defendant states that the Shower walls are now cleaned and decontaminated ~~useing~~ useing another type of disinfectant. (lie) Even though the Stainless Steel Cover the walls mold and mildew still bleeds from underneath the

Page 2 of 3

stainless steel and I have substantial evidence of these things (fact) every thing that the defendant states in this case is a lie the situation and the living conditions in this Houston County jail are all Health hazards to me and other inmates.

Davion Cooper
Date 08-07-07

Page 3 of 3

IN THE DISTRICT COURT OF THE U.S.

Davion Cooper
Plaintiff,

V.

Commander Keith Reed
Defendant.

Civil Action No.: 1:07-CV-543-WKW

### Certifcate of Service

I Davion Cooper, do hereby Certify that I have mailed a true and correct copy of these pleadings to the following parties by first class mail, postage prepaid, on this 29 day of August 2007, to:

Gary Clayborn Sherre
Sherre Jones, Terry PC
335 West Main Street
Dothan Al. 36301

Davion Cooper
901. East, Main St.
Dothan Al. 36301

*Davion Cooper*
Davion Cooper

Date 08-29-07



U.S. District Court
P.O. Box 711
Montgomery AL, 36101-0711