IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAVION COOPER, #59161,                )
                                      )
         Plaintiff,                   )
                                      )
    v.                                )    CASE NO. 1:07-CV-543-WKW[WO]
                                      )
COMMANDER REED,                       )
                                      )
         Defendant.                   )

**ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 20) to which no timely objections have been filed. Upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that this action is DISMISSED without prejudice for Plaintiff's failure to prosecute this action properly and to comply with the orders of the court.

An appropriate judgment will be entered.

DONE this 26th day of May 2009.

            /s/  W. Keith Watkins
         UNITED STATES DISTRICT JUDGE